UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARNEY K. BEATTY, | ) | No. 2:18-cv-7934-KS |
| Plaintiff, | ) ) | [PROPOSED] ORDER AWARDING ATTORNEYS FEES PURSUANT TO |
| vs. | ) ) | EAJA 28 U.S.C. §2412(d) |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY | ) ) ) ) | |
| Defendant | ) ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,302.28 in attorney's fees, subject to the terms of the stipulation.

Dated: April 27, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE